IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02433-RPM

CINDY MOSS,

        Plaintiff,

v.

UNITED AIRLINES CORPORATION,

        Defendant.

_____

## ORDER
_____

Upon consideration of Defendant's Amended Unopposed Motion for Extension of Time in Which to Designate Non-Parties at Fault (Doc. #9), filed on March 1, 2006, it is

ORDERED   that the motion is granted to and including March 15, 2006.

Dated: March 1, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge