IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02433-RPM

CINDY MOSS,

    Plaintiff,

v.

UNITED AIRLINES CORPORATION,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter having come before the Court on the parties' Stipulation for Dismissal, filed June 13, 2006 (Doc. 14), and the Court being fully advised, it is

    ORDERED that this civil action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

    Dated: June 13, 2006

                                  BY THE COURT:

                                  s/ Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge